In the Matter of the Accounting of HOWARD T. KINGS-
BURY, as Executor of and Trustee under the Will of
SAMUEL FROST, Deceased.

ALICE C. B. KINGSBURY, Appellant; MAUDE O. H.
JESSUP et al., Respondents.

*Will — remainder to " heirs at law " of testator's daughter — when
adopted daughter of said daughter not entitled to take thereunder.*

*. Matter of Kingsbury*, 192 App. Div. 206, affirmed.

(Argued December 7, 1920; decided December 31, 1920.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the first judicial department, entered
June 16, 1920, reversing a decree of the New York County
Surrogate's Court and awarding to the respondents, who
are the only grandchildren of the testator, a portion of the
testator's estate which the surrogate had awarded to
the appellant under a gift in the will to the " heirs at
law " of the testator's deceased daughter, Mrs. Emma F.
Bussing, it being claimed that the appellant had been
adopted while an adult by Mrs. Bussing shortly prior to
her death.

*Frederick R. Coudert* for appellant.

*Charles E. Hughes* and *Augustus L. Richards* for
respondents.

Order affirmed, with costs, on opinion of GREENBAUM,
J., below.

Concur: HISCOCK, Ch. J., CHASE, CARDOZO, POUND,
McLAUGHLIN, CRANE and ANDREWS, JJ.